WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHANNON THOMAS,**                                              CV 06-496-HA

    Plaintiff,

vs.                                                              ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $16,282.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount previously awarded under the EAJA will be refunded to Plaintiff, and Plaintiff's attorney may retain the balance of $5,732.25, minus any user fee. Any amount withheld by the agency after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 4 day of December, 2007.

/s/ Ancer L. Haggerty
United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1